■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY TORRES, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Tsoucalas, J.), rendered December 19, 1979, convicting him of robbery in the first degree and assault in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Although the trial court's charge to the jury as to alibi was erroneous (see *People v Bauer,* 83 AD2d 869), the error was not preserved for appellate review and it was, in any event, harmless in view of the overwhelming proof of guilt (see *People v Crimmins,* 36 NY2d 230). Damiani, J. P., Lazer, Mangano and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICK TOUNAS, Appellant. — Judgment of the County Court, Nassau County (Harrington, J.), rendered June 16, 1981, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Motion by the People to vacate the stay of the execution of the judgment and to dismiss the appeal. Motion denied. Damiani, J. P., Lazer, Mangano and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WESTON, Appellant. — Appeal by defendant from two judgments of the Supreme Court, Richmond County (Barlow, J.), both rendered January 22, 1980, convicting him of attempted criminal possession of a weapon in the second degree and criminal possession of a weapon in the third degree, upon his pleas of guilty, and sentencing him to two concurrent terms of imprisonment of one and one-third to four years. Judgments modified, on the law, by vacating the sentences imposed. As so modified, judgments affirmed and case remitted to Criminal Term for further proceedings consistent herewith. The District Attorney concedes that the sentences agreed upon were two concurrent terms of one to three years. Gibbons, J. P., Weinstein, Thompson and Rubin, JJ., concur.